UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


GEORGE SIMONSEN,

            Plaintiff,

v.                                      Civil No. 07-339-TC

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

            Defendant.

### JUDGMENT

In accordance with this court's order [#20], dated January 3, 2008, this action is reversed and remanded to the Commissioner for further proceedings.

Dated: January 8, 2008.

_____
United States Magistrate Judge


**JUDGMENT**