DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

George Simonsen

        Plaintiff,

vs.

        Civil No. 07-cv-339-TC

Commissioner of Social Security

        Defendant.

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.19, costs in the amount of $8.00, and attorney's fees in the amount of $3931.41, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 24 day of Jan, 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**